F. M. AKINS v. C. G. BLACK ET AL.

(Filed 20 June, 1934.)

APPEAL by defendants from *Shaw, Emergency Judge,* at January Term, 1934, of SURRY.

Civil action to recover damages for an alleged negligent injury.

There was a judgment by default and inquiry entered against the defendants for want of an answer; motion thereafter to set it aside for excusable neglect overruled; and at the January Term, 1934, said inquiry was executed before a jury, the damages being assessed at $1,000.

From judgment on the verdict, the defendants appeal, assigning errors.

*W. M. Allen and A. D. Folger for plaintiff.*
*H. O. Woltz and R. A. Freeman for defendants.*

PER CURIAM. The facts and rulings in this case are identical with those appearing in the companion case of *DeHoff v. Black, ante,* 687. and a like result must follow here.

New trial.

CONNOR, J., dissents.